UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DUNCAN,<br><br>                              Plaintiff,<br><br>            -v.-<br><br>LIGHT TOUCH LASER, LLC,<br><br>                              Defendant. | 19 Civ. 5809 (KPF)<br><br>ORDER TO SHOW CAUSE WHY A DEFAULT JUDGMENT SHOULD NOT BE ENTERED AS TO DEFENDANT LIGHT TOUCH LASER, LLC |

KATHERINE POLK FAILLA, District Judge:

Upon the affirmation of Bradly G. Marks, Esq., dated October 28, 2019, (Dkt. #16), and all prior pleadings, it is hereby

ORDERED that Defendant Light Touch Laser, LLC, SHOW CAUSE before the Honorable Katherine Polk Failla, United States District Judge, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at **4:00 p.m. on December 12, 2019**, or as soon thereafter as counsel may be heard, why default judgment should not be entered against them pursuant to Rule 55 of the Federal Rules of Civil Procedure, as to liability on Plaintiff's Complaint; and it is further

ORDERED that Plaintiff shall serve a copy of this Order, and the papers upon which it was granted, on Defendant Light Touch Laser, LLC, on or before **November 4, 2019**, by dispatching a single copy to the Defendant Light Touch Laser, LLC's authorized agent in the Office of the Secretary of State, of the State of New York.

ORDERED that Defendant's answering papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering

copies thereof to the office of The Marks Law Firm PC, attn: Bradly G. Marks, 175 Varick Street, 3rd Floor, New York, NY 10014, so as to be received no later than **November 18, 2019**; and it is further

ORDERED that any reply shall be filed and served by Plaintiff in the same manner as set forth above no later than **November 25, 2019**.

SO ORDERED.

Dated:   October 28, 2019
             New York, New York

KATHERINE POLK FAILLA
United States District Judge